# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KITELLEN MILO,** | : | |
| | : | **CIVIL ACTION** |
| | : | **NO.:   3:09cv1389 (JBA)** |
| **Plaintiff,** | : | |
| **V.** | : | |
| | : | |
| **JAMES GALANTE,** | : | **July 31, 2013** |
| | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff Kitellen Milo and Defendant James

Galante hereby stipulate to dismissal of all of Ms. Milo's claims against Mr. Galante in

their entirety in this action, with prejudice, without costs assessed against any party,

each party to bear his or her own attorneys' fees and waiving any and all rights of

appeal.

Respectfully submitted,

For the Plaintiff
Kitellen Milo
By her attorney,

_____/s/ Kathleen E. Dion_____
Craig A. Raabe (ct04116)
Nuala E. Droney (ct27192)
Kathleen E. Dion (ct28605)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT   06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
Email: craabe@rc.com; ndroney@rc.com;
kdion@rc.com

Respectfully submitted,

For the Defendant
James E. Galante
By his attorney,

_____/s/ with permission_____
Harold James Pickerstein(ct05094)
Pepe & Hazard LLP
30 Jellif Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 (fax)
*hpickerstein@pepehazard.com*

Dated:   July 31, 2013

SO ORDERED:

_____

Dated:   _____, 2013