## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

KITELLEN MILO,                          :
                                        :       CIVIL ACTION
                                        :       NO.:   3:09cv1389 (JBA)
                      Plaintiff,        :
V.                                      :
                                        :
JAMES GALANTE,                          :       July 31, 2013
                                        :
                                        :
                      Defendant.        :

## CERTIFICATION

This is to certify that on this 31st day of July, 2013, a Joint Stipulation of Dismissal

[Doc. No. 125]was filed electronically.   Notice of this filing will be sent by e-mail to all

parties by operation of the Court's electronic filing system.   Parties may access this filing

through the Court's system.

Respectfully submitted,

For the Plaintiff
Kitellen Milo
By her attorney,

    /s/ Kathleen E. Dion
Craig A. Raabe (ct04116)
Nuala E. Droney (ct27192)
Kathleen E. Dion (ct28605)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT   06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
Email: craabe@rc.com; ndroney@rc.com;
kdion@rc.com
